UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 413-211 |
| AMOLNIS R. CESAR | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant AMOLNIS R. CESAR without prejudice.

SO ORDERED, this 14th day of April, 2016.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA